OPINION — AG — ** CONSTRUCTION OF STATE BUILDING — STATE AGENCY — AUTHORITY ** PURSUANT TO 11 O.S. 50-101 [11-50-101] ET SEQ., THE OKLAHOMA POLICE PENSION AND RETIREMENT BOARD DOES 'NOT' (1984) CURRENTLY POSSESS THE AUTHORITY TO USE MONIES BELONGING TO THE FUND ADMINISTERED BY THE BOARD TO CONSTRUCT AN OFFICE BUILDING DESIGNED FOR USE BY THE BOARD AND FOR PARTIAL RENTAL BY OTHER ENTITIES. (TENANTS, STATE OFFICE BUILDING, STATE FUNDS, BOARD OF PUBLIC AFFAIRS, OFFICE SPACE) CITE: 11 O.S. 50-106.3 [11-50-106.3](B), 11 O.S. 50-105.2 [11-50-105.2], 11 O.S. 50-113 [11-50-113](1) 11 O.S. 50-107 [11-50-107], 11 O.S. 50-104.2 [11-50-104.2] 11 O.S. 50-113 [11-50-113](6), 11 O.S. 50-104.2 [11-50-104.2](A) (MICHAEL SCOTT FERN) ** SEE: OPINION NO. 87-125 (1988)